UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 SEP 25 P 12: 50

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:18-cr-00103-NT-002 |
| ) | |
| LOURDES SUERO a/k/a ) | |
| LOURDES LORA a/k/a ) | |
| LULU ) | |

## ORDER OF DISCHARGE

It appearing that the defendant is now entitled to be discharged for the reason that the Court has granted the motion of the Government for dismissal, of the offense of Conspiracy to Commit Sex Trafficking of a Minor as charged in Count Two of the Indictment,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANT IS HEREBY DISCHARGED PURSUANT TO RULE 48(a), Fed. R. Crim. P.

Dated this 25th day of September, 2019.

Nancy Torresen
U. S. District Court Judge